UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:15-cr-25-HSM-SKL |
| v. | ) | |
| | ) | |
| MARK NORRIS | ) | |

## O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the two-count

Indictment; (2) accept Defendant's plea of guilty to Count Two of the Indictment; (3) adjudicate

Defendant guilty of the charges set forth in Count Two of the Indictment; (4) defer a decision on

whether to accept the amended plea agreement until sentencing; and (5) find Defendant shall remain

in custody until sentencing in this matter [Doc. 20]. Neither party filed a timely objection to the

report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's

report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate

judge's report and recommendation [Doc. 20] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as

follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count Two of the Indictment

is **GRANTED**;

(2)     Defendant's plea of guilty to Count Two of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the

Indictment;

(4)     A decision on whether to accept the amended plea agreement is **DEFERRED** until

sentencing; and

(5)    Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **November 2, 2015 at 9:00 a.m. [EASTERN]** before the

Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                        _____*/s/Harry S. Mattice, Jr.*_____
                        HARRY S. MATTICE, JR.
                        UNITED STATES DISTRICT JUDGE